# OCTOBER TERM, 1908.

BURNS *v.* BOARD OF ELECTION COMMISSIONERS.

ELECTIONS—NOMINATIONS—CONVENTIONS—PROCEEDINGS.

A candidate receiving 6 of 11 votes of the regularly elected delegates in a regularly constituted convention, as against a candidate receiving 5 votes in a seceding body of 5, is the nominee of the convention and is entitled to the place on the regular party ticket.

Mandamus by William R. Burns to compel the boards of election commissioners of Alger, Luce, Schoolcraft, and Mackinac counties to place relator's name upon the official republican ballot as a candidate for representative in the State legislature. Submitted October 27, 1908. (Calendar No. 23,099.) Writ granted October 27, 1908.

*George P. Brown*, for relator.

*James McNamara*, for respondents.

PER CURIAM. The record shows that relator received 6 of 11 votes of the regularly elected delegates in a regularly constituted convention. Respondent Edward McNamara received 5 votes in a seceding body of 5. Under these circumstances, it is clear that relator is entitled to a place on the regular republican ticket, and that respondent is entitled to no place upon the official ballot. *Beck* v. *Election Com'rs*, 103 Mich. 192; *Potter* v. *Deuel*, 149 Mich. 393.